Filed:  February 22, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-7694
(2:08-cv-01216)

1STARR DALTON,

          Plaintiff - Appellant,

     v.

WV PAROLE BOARD; CHRISTIE LOVE; PEGGY J. POPE; BRENDA J.
STUCKEY; JOHN DOE #1; JOHN DOE #2,

          Defendants - Appellees.

O R D E R

The court amends its opinion filed January 27, 2010, as follows:

On the cover sheet, the panel information is corrected to read: "Before NIEMEYER, KING, and DAVIS, Circuit Judges."

For the Court – By Direction

/s/ Patricia S. Connor
          Clerk

UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-7694

1STARR DALTON,

                    Plaintiff - Appellant,

          v.

WV PAROLE BOARD; CHRISTIE LOVE; PEGGY J. POPE; BRENDA J.
STUCKEY; JOHN DOE #1; JOHN DOE #2,

                    Defendants - Appellees.

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.   Joseph R. Goodwin,
Chief District Judge.  (2:08-cv-01216)

Submitted:  January 19, 2010        Decided:  January 27, 2010

Before NIEMEYER, KING, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

1Starr  Dalton,  Appellant  Pro  Se.  Christopher  James  Sears,
SHUMAN, MCCUSKEY & SLICER, PLLC, Charleston, West Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starr Dalton appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Dalton v. W. Va. Parole Bd., No. 2:08-cv-01216 (S.D.W. Va. Aug. 25, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED